**No. 46820.**—Protests 31494–K, etc., of Schall & Co. (New York).

Opinion by DALLINGER, J.  It was stipulated that the decorated tin boxes are containers of the same character as those passed upon in Abstract 46175. In

accordance therewith they were held dutiable under paragraph 397 and T. D. 49753 as claimed.